Raymond WELLS, Appellant,

v.

CITY OF HAZELWOOD, Respondent.

No. ED 80384.

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 27, 2002.

Ronald L. Rothman, Librach & Rothman, P.C., St. Louis, MO, for appellant.

Kevin M. O'Keefe, Stephanie E. Karr, Corinne Nushin Darvish, Curtis, Oetting, Heinz, Garrett & Soule, P.C., St. Louis, MO, for Respondent.

Before PAUL J. SIMON, P.J., GARY M. GAERTNER, SR., J., KATHIANNE KNAUP CRANE, J.

## ORDER

PER CURIAM.

Appellant, Raymond Wells, appeals the judgment of the Circuit Court of St. Louis County granting a motion for summary judgment in favor of respondent, City of Hazelwood. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law appears. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).